**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Timothy R. Marsh | Social Security number or ITIN  xxx–xx–6481 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Diane M. Marsh | Social Security number or ITIN  xxx–xx–6363 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–26861–MBK | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy R. Marsh                             Diane M. Marsh

8/23/19                                      **By the court:** Michael B. Kaplan
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 14-26861-MBK
Timothy R. Marsh                                                    Chapter 13
Diane M. Marsh
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3            Date Rcvd: Aug 23, 2019
                              Form ID: 3180W           Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db/jdb         +Timothy R. Marsh,    Diane M. Marsh,   226 Spout Spring Avenue,    Lumberton, NJ 08048-2032
514991460     ++++ASPIRE/CB&T,    9 CORPORATE RIDGE PKWY,    COLUMBUS GA 31907-3049
                 (address filed with court: Aspire/Cb&T,     9 Mutec Dr,    Columbus, GA 31907)
514991458      +Aes/Aes Edamerica Pur,    Po Box 61047,    Harrisburg, PA 17106-1047
514991459       Apex Asset Management LLC,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
514991482     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot Credit Services,     Processing Center,
                 Des Moines, IA 50364)
514991470      +Cap1/Bontn,    Po Box 15221,    Wilmington, DE 19850-5221
514991477      +Embrace Home Loans Inc,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516420606      +Embrace Home Loans, INC,    C/O Roundpoint Mortgage Serv,    P.O.Box 19409, Charlotte, NC 28219,
                 Embrace Home Loans, INC ,   C/O Roundpoint Mortgage Serv,
                 P.O.Box 19409, Charlotte, NC 28219-9409
516420605       Embrace Home Loans, INC,    C/O Roundpoint Mortgage Serv,    P.O.Box 19409, Charlotte, NC 28219
515207622       Embrace Home Loans, Inc.,    c/o RoundPoint Mortgage Servicing Corp.,    PO Box 19409,
                 Charlotte, NC 28219-9409
514991481      +Frdf/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
514991483       Hudson Unt,    4716 Broadway,    Union City, NJ 07087-6515
517599170      +Lakeview Loan Servicing, LLC,    c/o LoanCare, LLC,    3637 Sentara Way,
                 Virginia Beach, Virginia 23452-4262
517599171      +Lakeview Loan Servicing, LLC,    c/o LoanCare, LLC,    3637 Sentara Way,
                 Virginia Beach, Virginia 23452,    Lakeview Loan Servicing, LLC,    c/o LoanCare, LLC 23452-4262
515211656      +LoanCare, LLC,    c/o Celine P. DerKrikorian, Esq.,    McCabe, Weisberg & Conway, P.C.,
                 216 Haddon Avenue, Suite 201,    Westmont, NJ 08108-2818
514991486       Loancare Servicing Ctr,    Interstate Corp Cntr Bld,    Norfolk, VA 23502
514991487       Memorial Ambulatory Surgery Center,     P O Box 95000-2760,   Philadelphia, PA 19195-0001
514991488      +Santander Bank Na,    865 Brook St,   Rocky Hill, CT 06067-3444
514996672      +Santander Bank, N.A.,    601 Penn Street,    MA 10-6438-FB7,   Reading, PA 19601-3563
514991495      +Sunoco/Cbn,    Po Box 6497,    Sioux Falls, SD 57117-6497
514991500      +Td Rcs/Littman Jeweler,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2019 00:25:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2019 00:25:29       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514991462       EDI: BANKAMER.COM Aug 24 2019 03:53:00       Bk Of Amer,   Po Box 982235,    El Paso, TX 79998
514991461      +EDI: TSYS2.COM Aug 24 2019 03:53:00      Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
514991464       EDI: CAPITALONE.COM Aug 24 2019 03:53:00       Cap One,   Po Box 85520,    Richmond, VA 23285
514991467      +EDI: CAPITALONE.COM Aug 24 2019 03:53:00       Cap One,   Po Box 5253,
                 Carol Stream, IL 60197-5253
514991471      +EDI: CAPITALONE.COM Aug 24 2019 03:53:00       Cap1/Bontn,   26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
514991472      +EDI: CAPITALONE.COM Aug 24 2019 03:53:00       Cap1/Bstby,   26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
514991473      +EDI: CHASE.COM Aug 24 2019 03:53:00      Chase,    Po Box 15298,   Wilmington, DE 19850-5298
515179829      +EDI: CITICORP.COM Aug 24 2019 03:53:00       Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
514991474      +EDI: WFNNB.COM Aug 24 2019 03:53:00      Comenity Bank/Bon Ton,    3100 Easton Square Pl,
                 Columbus, OH 43219-6232
515005012       EDI: DISCOVER.COM Aug 24 2019 03:53:00       Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
514991475      +EDI: DISCOVER.COM Aug 24 2019 03:53:00       Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
514991478      +E-mail/Text: bbagley@enerbankusa.com Aug 24 2019 00:25:07      Enerbank Usa,
                 1945 W Parnall Rd Ste 22,    Jackson, MI 49201-8658
514991479      +EDI: CITICORP.COM Aug 24 2019 03:53:00       Exxmblciti,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
514991480      +EDI: WFNNB.COM Aug 24 2019 03:53:00      Fashion Bug/Soanb,    1103 Allen Dr,
                 Milford, OH 45150-8763
514991484      +E-mail/Text: BKRMailOPS@weltman.com Aug 24 2019 00:25:13      Kay Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
514991485      +E-mail/Text: bncnotices@becket-lee.com Aug 24 2019 00:24:53      Kohls/Chase,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515181899       EDI: PRA.COM Aug 24 2019 03:53:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
515186455       EDI: PRA.COM Aug 24 2019 03:53:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
515150549       EDI: PRA.COM Aug 24 2019 03:53:00      Portfolio Recovery Associates, LLC,
                 c/o Paypal Extras Mastercard,    POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Aug 23, 2019
                              Form ID: 3180W           Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515217077      EDI: PRA.COM Aug 24 2019 03:53:00      Portfolio Recovery Associates, LLC,   c/o Sunoco,
               POB 41067,   Norfolk VA 23541
515217029      EDI: PRA.COM Aug 24 2019 03:53:00      Portfolio Recovery Associates, LLC,   c/o The Home Depot,
               POB 41067,   Norfolk VA 23541
516406967     +EDI: Q3G.COM Aug 24 2019 03:53:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
               PO Box 788,   Kirkland, WA 98083-0788,   Quantum3 Group LLC as agent for,
               MOMA Funding LLC 98083-0788
516406966      EDI: Q3G.COM Aug 24 2019 03:53:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
               PO Box 788,   Kirkland, WA 98083-0788
514991490     +EDI: SEARS.COM Aug 24 2019 03:53:00     Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
514991493     +EDI: SEARS.COM Aug 24 2019 03:53:00     Sears/Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
514991489     +EDI: SEARS.COM Aug 24 2019 03:53:00     Sears/Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
514991496     +EDI: RMSC.COM Aug 24 2019 03:53:00      Syncb/Ace Hardware,   Po Box 981439,
               El Paso, TX 79998-1439
514991497     +EDI: RMSC.COM Aug 24 2019 03:53:00      Syncb/Lowes,   Po Box 965005,   Orlando, FL 32896-5005
514991498     +EDI: RMSC.COM Aug 24 2019 03:53:00      Syncb/Paypal Extras Mc,   Po Box 965005,
               Orlando, FL 32896-5005
514991499      EDI: TDBANKNORTH.COM Aug 24 2019 03:53:00      Td Bank N.A.,   32 Chestnut St,
               Lewiston, ME 04240
514991501     +EDI: CITICORP.COM Aug 24 2019 03:53:00      Thd/Cbna,   Po Box 6497,
               Sioux Falls, SD 57117-6497
514991502     +EDI: WFFC.COM Aug 24 2019 03:53:00      Wf Crd Svc,   3201 N 4th Ave,
               Sioux Falls, SD 57104-0700
                                                                                              TOTAL: 34

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514991463*   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bk Of Amer,   Po Box 982235,   El Paso, TX 79998)
514991465*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  Cap One,   Po Box 85520,   Richmond, VA 23285)
514991466*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  Cap One,   Po Box 85520,   Richmond, VA 23285)
514991468*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  Cap One,   Po Box 85520,   Richmond, VA 23285)
514991469*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  Cap One,   Po Box 85520,   Richmond, VA 23285)
514991476*    +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
516406969*    +Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788,
               Quantum3 Group LLC as agent for,   MOMA Funding LLC 98083-0788
516406968*     Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
514991492*    +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
514991494*    +Sears/Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
514991491*    +Sears/Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
                                                                                    TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                           Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Lakeview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Aug 23, 2019
                              Form ID: 3180W           Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
              Celine P. Derkrikorian    on behalf of Creditor    Embrace Home Loans, Inc. njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francis T. Tarlecki    on behalf of Creditor    Lakeview Loan Servicing, LLC Njecfmail@mwc-law.com,
               ftarlecki.kashlaw@gmail.com
              Melissa S DiCerbo    on behalf of Creditor    Lakeview Loan Servicing, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Warren S. Jones, Jr.    on behalf of Joint Debtor Diane M. Marsh email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
              Warren S. Jones, Jr.    on behalf of Debtor Timothy R. Marsh email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                             TOTAL: 9
```